<u>**UNPUBLISHED**</u>

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 01-6644**

———————

MICHAEL BRADLEY,

Petitioner - Appellant,

versus

WILLIAM ANDERSON, Warden; MICHAEL EASLEY,

Respondents - Appellees.

———————

Appeal from the United States District Court for the Western District of North Carolina, at Asheville. Graham C. Mullen, Chief District Judge. (CA-00-265-1-02-MU)

———————

Submitted: August 24, 2001          Decided: October 10, 2001

———————

Before NIEMEYER, MOTZ, and TRAXLER, Circuit Judges.

———————

Dismissed by unpublished per curiam opinion.

———————

Michael Bradley, Appellant Pro Se.

———————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Michael Bradley appeals the district court's order granting in part and denying in part his motion to proceed on appeal in forma pauperis in <u>Bradley v. Anderson</u>, No. 00-7770 (pending), ordering him to remit a $50 partial filing fee within thirty days. He also appeals the district court's order denying his motion for reconsideration of the imposition of a partial filing fee. We have reviewed the record and the district court's opinions and find no reversible error. Accordingly, we deny a certificate of appealability, deny leave to proceed in forma pauperis in the present appeal, and dismiss this appeal on the reasoning of the district court. <u>See</u> <u>Bradley v. Anderson</u>, No. CA-00-265-1-02-MU (W.D.N.C. Jan. 17, 2001; Mar. 8, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>DISMISSED</u>

2